TILLIE VON AU, as Executrix of OTTO E. VON AU, Respondent, *v.* LOUIS MAGENHEIMER et al., Appellants, Impleaded with Another.

*Von Au* v. *Magenheimer*, 126 App. Div. 257, affirmed.
(Argued June 16, 1909; decided October 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 9, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover damages alleged to have been sustained through the false representations and deceit of defendants.

*Charles F. Brown, George E. Mott* and *Samuel S. Whitehouse* for appellants.

*Thomas F. Magner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. Not sitting : WILLARD BARTLETT, J.